# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN ROMERO, <br><br> Plaintiff, <br><br> v. <br><br> CONSTAR FINANCIAL SERVICES, LLC, <br><br> Defendant. | Case No.: CV 19-7203-DMG (MAAx) <br><br> **ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE [21]** |

Plaintiff, Ivan Romero, and Defendant, Constar Financial Services, LLC having filed with this Court their Joint Stipulation for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED that the stipulation is APPROVED. The action against Constar Financial Services, LLC is hereby dismissed with prejudice.

DATED: January 14, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1